In re: FIRST ALLIANCE MORTGAGE COMPANY, a California, corporation; In re: First Alliance Corporation, a Delaware, corporation; In re: First Alliance Mortgage Company, a, Minnesota corporation; In re: First Alliance Portfolio, Services, Inc., Debtors,

JP Morgan Chase Bank, Creditor,

and

Mark Chisick, as Trustee for the Chisick Family Trust, Claimant—Appellant,

v.

Brian Chisick; et al., Defendants,

Official Joint Borrowers Committee; et al., Respondents,

and

Kenneth C. Henry, Liquidating Trust Trustee for the estates of First Alliance Mortgage Company, et at., Appellees.

No. 03–56479.

D.C. No. CV–02–00417–DOC.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 6, 2005.

Decided April 28, 2005.

John W. Kim, Los Angeles, CA, and Mark R. Somerstein, Esq., Kelley, Drye & Warren, New York, NY, for Creditor.

J. Alexandria Rhim, Buchalter, Nemer, Fields & Younger, Los Angeles, CA, for Claimant—Appellant.

Ronald Rus, Rus, Miliband & Smith, Irvine, CA, and David G. Baker, Charleston Navy Yard, Boston, MA, for Defendants.

Kenneth H. Brown, Pachulski, Stang, Ziehl & Young, David M. Stern, Klee, Tuchin, Bogdanoff & Stern, LLP, Los Angeles, CA, for Respondents.

Evan C. Borges, Irell & Manella, Newport Beach, CA, and Larry W. Gabriel, Mona Amer, Pachulski, Stang, Ziehl & Young, Los Angeles, CA, for Appellees.

Before SCHROEDER, Chief Judge, PREGERSON, and TROTT, Circuit Judges.

882

## ORDER *

For the reasons given by the district court in its "Order Sustaining Objection to Proof of Claim and Disallowing Claim," dated July 30, 2003, we affirm the district court's disallowance of Mark Chisick's unsecured non-priority claim against the bankruptcy estate of First Alliance Mortgage Co. and its affiliated entities.

**AFFIRMED.**

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.